*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Chowan C. Barnett

    Debtor(s)

Case No: 15–11058–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*rescheduled*
Motion for Relief from Stay re: 139 Bridle Path Lane, Coatesville, PA, 19320., Filed by U.S. ROF III Legal Title Trust 2015–1, by U.S. Bank National Association, as Legal Title Trustee Represented by THOMAS I. PULEO

on: 9/7/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/23/17

Timothy B. McGrath
Clerk of Court

55 – 48
Form 167