United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-11058-mdc
Chowan C. Barnett                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Eileen              Page 1 of 1              Date Rcvd: Aug 23, 2017
                               Form ID: 167              Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
```
db          +Chowan C. Barnett,    139 Bridle Path Lane,    Coatesville, PA 19320-4545
aty         +Wetzel Gagliardi Fetter & Lavin LLC,    c/o John A. Gagliardi, Esquire,
              101 E. Evans St., Ste. A,    West Chester, PA 19380-2600
cr          +PROF-2013-S3 Legal Title Trust II,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr          +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr          +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr          +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr          +U.S. ROF III Legal Title Trust 2015-1,    14841 Dallas Parkway, Suite 300,
              Dallas, TX 75254-7883
cr          +US Bank, National Association, not in its individu,    15480 Laguna Canyon Road,   Suite 100,
              Irvine, CA 92618-2132
13492220     Navient Solutions, Inc. on behalf of,    Educational Credit Management Corporatio,
              P.O. Box 16408,    St. Paul, MN 55116-0408
13666546    +Specialzed Loan Servicing LLC,    c/o Matteo S. Weiner, Esquire,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Phila., PA 19106-1541
13474982    +US Bank NA,   c/o Morris A. Scott, Esquire,    Richard M. Squire & Associates, LLC,
              One Jenkintown Station, Ste. 104,    115 West Avenue,    Jenkintown, PA 19046-2031
13549757    +US Bank National Association, etc.,    15480 Laguana Canyon Road,    Irvine, CA 92618-2132
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2017 01:27:20     Synchrony Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13474981     E-mail/PDF: pa_dc_claims@navient.com Aug 24 2017 01:27:13     Navient,    P.O. Box 9500,
              Wilkes-Barre, PA 18773-9500
13482635     E-mail/PDF: rmscedi@recoverycorp.com Aug 24 2017 01:27:22
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
```
              JOHN A. GAGLIARDI    on behalf of Attorney    Wetzel Gagliardi Fetter & Lavin LLC
               jgagliardi@wgflaw.com
              JOHN A. GAGLIARDI    on behalf of Debtor Chowan C. Barnett jgagliardi@wgflaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S.
               Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              Morris Anthony Scott    on behalf of Creditor    US Bank, National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T mscott@udren.com
              ROBERT MICHAEL KLINE    on behalf of Creditor    US Bank, National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T
               Pacer@squirelaw.com, rmklinelaw@aol.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Chowan C. Barnett
    Debtor(s)

Case No: 15−11058−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*rescheduled*
Motion for Relief from Stay re: 139 Bridle Path Lane, Coatesville, PA, 19320., Filed by U.S. ROF III Legal Title Trust 2015−1, by U.S. Bank National Association, as Legal Title Trustee Represented by THOMAS I. PULEO

on: 9/7/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/23/17

Timothy B. McGrath
Clerk of Court

55 − 48
Form 167