United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-11058-mdc
Chowan C. Barnett                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia              Page 1 of 2              Date Rcvd: Aug 25, 2017
                               Form ID: pdf900             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
db             +Chowan C. Barnett,    139 Bridle Path Lane,    Coatesville, PA 19320-4545
aty            +Wetzel Gagliardi Fetter & Lavin LLC,    c/o John A. Gagliardi, Esquire,
                 101 E. Evans St., Ste. A,    West Chester, PA 19380-2600
cr             +PROF-2013-S3 Legal Title Trust II,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
cr             +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +U.S. ROF III Legal Title Trust 2015-1,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr             +US Bank, National Association, not in its individu,    15480 Laguna Canyon Road,   Suite 100,
                 Irvine, CA 92618-2132
13492220        Navient Solutions, Inc. on behalf of,    Educational Credit Management Corporatio,
                 P.O. Box 16408,    St. Paul, MN 55116-0408
13666546       +Specialzed Loan Servicing LLC,    c/o Matteo S. Weiner, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Phila., PA 19106-1541
13474982       +US Bank NA,   c/o Morris A. Scott, Esquire,    Richard M. Squire & Associates, LLC,
                 One Jenkintown Station, Ste. 104,    115 West Avenue,    Jenkintown, PA 19046-2031
13549757       +US Bank National Association, etc.,    15480 Laguana Canyon Road,    Irvine, CA 92618-2132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 26 2017 01:42:30     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 26 2017 01:41:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 26 2017 01:42:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2017 01:38:22     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13474981        E-mail/PDF: pa_dc_claims@navient.com Aug 26 2017 01:38:39     Navient,    P.O. Box 9500,
                 Wilkes-Barre, PA 18773-9500
13482635        E-mail/PDF: rmscedi@recoverycorp.com Aug 26 2017 01:38:22
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
              JOHN A. GAGLIARDI    on behalf of Attorney    Wetzel Gagliardi Fetter & Lavin LLC
               jgagliardi@wgflaw.com
              JOHN A. GAGLIARDI    on behalf of Debtor Chowan C. Barnett jgagliardi@wgflaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S.
               Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              Morris Anthony Scott    on behalf of Creditor    US Bank, National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T mscott@udren.com

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Aug 25, 2017
                              Form ID: pdf900             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        ROBERT MICHAEL KLINE    on behalf of Creditor    US Bank, National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T Pacer@squirelaw.com, rmklinelaw@aol.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 8

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHOWAN C. BARNETT | Chapter 13 |
| Debtor | Bankruptcy No. 15-11058-MDC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __24th__ day of __August__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN GAGLIARDI ESQ
WETZEL, GALLAGHER & FETTER LLC
101 E EVANS ST - SUITE A
WEST CHESTER, PA 19380-

Debtor:
CHOWAN C. BARNETT

139 BRIDLE PATH LANE

COATESVILLE, PA 19320